No. 530. FRANCOSTEEL CORP. *v.* N. V. NEDERLANDSCH AMERIKAANSCHE, STOOMVART-MAATSCHAPPIJ. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Lyman Henry* for petitioner. *R. Frederic Fisher* for respondent.

No. 531. BESSENYEY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Orrin G. Judd* and *Earle K. Moore* for petitioner. *Acting Solicitor General Spritzer* and *Assistant Attorney General Rogovin* for respondent.

No. 533. RIFKIN TEXTILES CORP. *v.* UNITED STATES. C. C. P. A. Certiorari denied. *Menahem Stim* and *Allen S. Stim* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 536. PRESTON CORP. ET AL. *v.* RAESE. C. A. 4th Cir. Certiorari denied. *William H. Arkin* for petitioners.

No. 538. CARTER *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. *Errol S. Willes* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Fred T. Gallagher,* Assistant Attorney General, for respondent.

No. 540. UNITED STATES *v.* INGHAM, EXECUTRIX, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Marshall, Carl Eardley, John C. Eldridge* and *Richard S. Salzman* for the United States. *Lee S. Kreindler* for Ingham, and *John J. Martin* for Eastern Air Lines, Inc., respondents.